# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ASBEL ABIDAN PEREZ VASQUEZ,

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

Respondent.

Case No. 1:26-cv-02873-JLT-EPG-HC

ORDER FOR SUPPLEMENTAL BRIEFING

ORDER SETTING BRIEFING SCHEDULE

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 16, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO") challenging his immigration detention on statutory and due process grounds. (ECF Nos. 1, 2.) That same day, the assigned district judge denied the motion for TRO as untimely, referred the matter to the undersigned for a determination on the merits, and set a briefing schedule. (ECF No. 5.)

On April 17, 2026, Respondent filed a form opposition, asserting that Petitioner is "an 'applicant for admission' who is subject to mandatory detention by ICE under 8 U.S.C. § 1225(b)(2)" and that "Petitioner's prior release in the discretion of DHS does not have the effect of having converted petitioner's presence in the United States into an 'admission.'" (ECF No. 6 at 1, 2.)

1

Respondent does not provide documentation regarding Petitioner's prior release. Additionally, attached to the petition is a copy of a motion for bond and custody redetermination that appears to have been filed in the immigration court by Petitioner's immigration counsel on March 27, 2026. (ECF No. 1 at 72–77.[1]) The Court finds that further briefing and supplementing the record regarding Petitioner's prior release and any bond hearing held by the immigration court would be helpful in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within **FOURTEEN (14) days** from the date of service of this order, Respondent SHALL FILE a supplemental brief addressing the issues set forth above and SHALL FILE any and all other documents necessary for the resolution of the issues set forth above and presented in the petition. **The documents shall only be filed electronically and, to the extent practicable, provided in Optical Character Recognition ("OCR") format. Respondent shall not file a hard copy of the transcripts or other documents unless so ordered by this Court.**

2. Within **FOURTEEN (14) days** from the date of service of Respondent's supplemental brief, Petitioner MAY FILE a reply to Respondent's opposition to the petition (ECF No. 6) and Respondent's supplemental brief.

IT IS SO ORDERED.

Dated:   **April 23, 2026**          /s/ _Erica P. Grosjean_
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Page numbers refer to the ECF pagination stamped at the top of the page.